**Carolyn Elizabeth JONES,**
**Plaintiff–Appellant,**

v.

**MCI WORLDCOM, INCORPORATED,**
**Defendant–Appellee,**

and

**Mike Cannon, Supervisor; Ferrell Thomas, Supervisor; Marc Whitlock, Supervisor; Steve Geiss, Manager; Susan Penick, Human Resource, Defendants.**

**No. 00–2219.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 2001.

Decided March 20, 2001.

Carolyn Elizabeth Jones, pro se. Benjamin Anderson Johnson, Robinson, Bradshaw & Hinson, P.A., Rock Hill, SC, for appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Carolyn Elizabeth Jones appeals the district court's order dismissing her sexual harassment action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge to dismiss the action for failure to comply with discovery orders and find no reversible error. In the briefing order, Jones was warned that this court would not consider issues not specifically raised in her informal brief. *See* 4th Cir. Local R. 34(b). Nonetheless, Jones' informal brief does not challenge the district court's order, but instead addresses only the merits of her sexual harassment claim. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*